THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Johnny Crawford
 and Lillie B. Crawford, Appellants,
 v.
 City of York,
 City of Clover, and York County, Defendants, of which York County is the Respondent.
 
 
 

Appeal from York County
  S. Jackson Kimball, III, Circuit Court
Judge

Memorandum Opinion No.   2009-MO-057
 Heard September 17, 2009  Filed November
2, 2009

AFFIRMED 

 
 
 
 Melvin
 Roberts, of York, for Appellants.
 Terry
 Millar, of Rock Hill, for Respondent.
 
 
 

PER CURIAM:  Appellants Johnny and Lillie B.
 Crawford appeal the trial courts order granting summary judgment to Respondent
 York County.  We affirm pursuant to Rule 220(b) of the South Carolina Appellate
 Court Rules and the following authorities:  S.C. Const. art. V, § 24
 (establishing the office of sheriff, the term of office, and providing that the
 General Assembly shall provide for their duties and compensation); Cone v.
 Nettles, 308 S.C. 109, 417 S.E.2d 523 (1992) (sheriff is a state official); Heath v. County of Aiken, 295 S.C. 416, 368 S.E.2d 904 (1988) (sheriff
 deputies are not employees of county).
AFFIRMED.
TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.